ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALTAZAR CASTANEDA-GARCIA,<br><br>Defendant. | CASE NO. 1:25-CR-0232-JLT-SKO<br><br>STIPULATION AND [PROPOSED] ORDER TO SET ARRAIGNMENT AND CHANGE OF PLEA<br><br>DATE:<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION TO VACATE CONTESTED HEARING AND SET STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Defendant is currently charged by Information filed on December 16, 2025. ECF # 1.

2. The Defendant also faces a Petition to Revoke Supervised Release in 1:13-CR-00392.

3. The parties have reached a global plea agreement to resolve the instant matter and the Petition to Revoke Supervised Release in 1:13-CR-00392. A copy of that plea agreement has been filed on the docket. ECF # 3.

4. The parties jointly agree and stipulate that the instant matter be placed on the calendar on January 26, 2026 for arraignment on the information and a change of plea hearing.

5. By this stipulation, the parties jointly request the matter be set for an arraignment and a

change of plea on January 26, 2026 at 9:30am before the honorable Jennifer L. Thurston.

     IT IS SO STIPULATED.

///

///

| Dated: January 7, 2026 | ERIC GRANT<br>United States Attorney |
|---|---|
| | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated: January 7, 2026 | /s/ ROGER PONCE<br>ROGER PONCE<br>Counsel for Defendant<br>BALTAZAR CASTANEDA-GARCIA |

**[PROPOSED] FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders an arraignment and change of plea hearing be set on January 26, 2026 at 9:00 AM.

IT IS SO ORDERED.

Dated: **January 7, 2026**

_____
UNITED STATES DISTRICT JUDGE